ACCEPTED
12-15-00081-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/30/2015 9:26:56 AM
Pam Estes
CLERK

COURT OF APPEALS NO. 12-15-00081-CR
TRIAL COURT CAUSE NO. A-21,464

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/30/2015 9:26:56 AM
PAM ESTES
Clerk

| | | |
|---|---|---|
| JOSHUA PAUL CALHOUN, APPELLANT | § | IN THE 12TH COURT |
| VS. | § | OF APPEALS |
| THE STATE OF TEXAS, APPELLEE | § | SMITH COUNTY, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, the APPELLEE, State of Texas, by and through her District Attorney, Nancy Rumar, and files this Motion for Extension of Time to File Appellee's Brief and in support of the same would show the following:

I.

1. Appellee's brief is due on or before October 2, 2015. The Appellant's brief is 64 pages long with 11 issues.

2. Appellee requests an additional 60 days from the current due date of October 2, 2015 to file its brief with the Court.

3. Appellee requests an extension of time for the following reasons:

    a. Undersigned just finished and filed a 30 plus page brief on September 21, 2015. (*State of Texas v. Danny Ray Lusk*, No. 12-13-00255 and No. 12-14-0039). Mr. Lusk was convicted of several counts of Aggravated Sexual Assault of a child and received several Life sentences.

b. Additionally, undersigned counsel is preparing for dockets the week of October 5th and 12th, 2015, an Aggravated Sexual Assault of a Child jury trial October 20, 2015, (*State v. McCarver*; Cause number: CR15-0167-173) and a jury trial docket the following week October 27th, 2015.

c. Additionally, counsel has been assigned to train a new prosecutor in the office who has no felony experience.

4. This is the third Motion for Extension of Time requested by Appellee.

5. The undersigned is not seeking this extension for the purposes of delay.

WHEREFORE, Appellee requests that the Court grant this Motion and extend the deadline for filing its brief for 60 days to December 2, 2015.

Respectfully,

Nancy Rumar
Assistant District Attorney
109 W. Corsicana
Athens, Texas 75751
Bar. No. 24044654
Phone: 903-675-6100
Fax: 903-675-6196

## CERTIFICATE OF SERVICE

I, Nancy Rumar, do certify that a true and correct copy of the foregoing Motion was faxed to Defendant's Attorney, Leslie Dixon, at __8:56am__ the __30__ day of September, 2015.

Signed this the __30__ day of September 2015.

_____

Nancy Rumar

**STATE OF TEXAS**                    §

**COUNTY OF HENDERSON**               §

## AFFIDAVIT

Before me, the undersigned notary, on this day, personally appeared Nancy Rumar, a person whose identity is known to me. After I administered an oath to her, upon his oath, she said:

"My name is Nancy Rumar. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true.

I am the attorney for the State of Texas vs. Joshua Paul Calhoun in Court of Appeals Cause No. 12-15-00081-CR. I have read the foregoing Motion to Extend Time to File Appellee's Brief and it is true and correct."

_____
Nancy Rumar

Subscribed and sworn to before me this ___30th___ day of September 2015.

_____
Notary Public-State of Texas

BRANDY D. SMITH
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 01-17-2019

NOTARY PUBLIC
STATE OF TEXAS